

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00803-CR

Robert Adrian **RENDON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5521
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 13, 2017.

_____
Luz Elena D. Chapa, Justice